[No. 22556-5-II.    Division Two.    April 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCI
HAMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-1-00338-9, Richard D. Hicks, J., entered October 2, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Houghton, J.

[No. 22632-4-II.    Division Two.    April 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-1-00316-8, Gary Tabor, J., entered November 5, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Hunt, JJ.

[No. 22788-6-II.    Division Two.    April 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN A.
MESSINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 97-8-00538-2, William Knebes, J. Pro Tem., entered January 7, 1998. *Reversed* by unpublished opinion per Hunt, J., concurred in by Morgan and Seinfeld, JJ.

[No. 22878-5-II.    Division Two.    April 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN T.
McWHORTER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-1-00660-9, Karen B. Conoley, J., entered January 2, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.